**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
 Judge

April 16, 2012

MEMORANDUM

TO:       Greg Langham, Clerk

FROM:   Judge Babcock                    s/LTB

RE:       Criminal Action No.  12-cr-00168-LTB
           USA v. Alvarado, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp