**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy:  Robert R. Keech           Date:               March 1, 2013
Court Reporter:    Janet Coppock             Probation Officer:  Patrick J. Lynch

**CRIMINAL CASE NO. 12-cr-00168-PAB**

| Parties | Counsel |
| --- | --- |
| UNITED STATES OF AMERICA, | Barbara Skalla |
| Plaintiff, | |
| v. | |
| **4. IMELDA HERNANDEZ**, | Thomas R. Ward |
| Defendant. | |

**SENTENCING**

**1:40 p.m.**     **COURT IN SESSION**

Defendant entered her plea on **November 30, 2012 to count Eight of the Indictment.**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

1:41 p.m.     Argument on behalf of Government (Ms. Skalla).

1:45 p.m.     Statement and argument on behalf of Defendant (Mr. Ward).

1:59 p.m.     Statement and argument on behalf of Government (Ms. Skalla).

2:03 p.m.     Statement by Defendant on her own behalf (Ms. Hernandez).

**ORDERED:** Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) (ECF Doc. No. 187), filed February 28, 2013, is **GRANTED.**

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

**ORDERED:** Government's Motion to Dismiss Count One of the Indictment (ECF Doc. No. 189), filed March 1, 2013, is **GRANTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant's Imelda Hernandez's Motion for a Non-Guideline Sentence (ECF Doc. No. 180), filed February 15, 2013, is **GRANTED.**

**ORDERED:** Government's Motion Regarding U.S.S.G. Section 3E1.1(b) (ECF Doc. No. 185), filed February 28, 2013, is **GRANTED.**

**ORDERED:** Defendant shall be **imprisoned** for **14** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

**ORDERED: Conditions** of Supervised Release that:

  (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

  (**X**)   Defendant shall not commit another federal, state or local crime.

  (**X**)   Defendant shall not illegally possess controlled substances.

  (**X**)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

    (**X**)    Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

    (**X**)    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are **WAIVED** because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

    (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:

    (**X**)    Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

    (**X**)    The defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days.

**ORDERED:** Defendant may surrender voluntarily as follows:  Report to the designated institution on within **fifteen days of Designation by the U.S. Bureau of Prisons.**

    Discussion regarding forfeiture as agreed upon in the Plea Agreement.

**ORDERED**: Bond is continued.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:25 p.m.     COURT IN RECESS**

**Total in court time: :45**

**Hearing concluded.**